COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Julio Alvarado  **V.**  The State of Texas

Appellate case numbers:  01-13-00894-CR & 01-13-00895-CR

Trial court case numbers: 1325689 & 1325690

Trial court:                  232nd District Court of Harris County


Appellant's appointed counsel, J. Sidney Crowley, has filed a motion to withdraw and the accompanying brief required by *Anders v. California*, 386 U.S. 738, 87  S. Ct. 1396 (1967). Purporting to act as appellant's counsel, attorney Cory Roth has filed "Julio Alvarado's Response to His Appointed Counsel's Anders Brief." Thus, there are two attorneys who have made appearances in this matter claiming to represent appellant. The court orders Roth to either file a motion to substitute as counsel, *see* TEX. R. APP. P. 6, or present this court with authority permitting a retained attorney to file a response to an *Anders* brief.


Judge's signature: /s/ Michael Massengale_____
                         Acting individually


Date: July 24, 2014_____